## Palethorp's Estate.   Palethorp's Appeal.

*Appeals—Interlocutory decree—Citation to account.*

A decree of the orphans' court citing an executor to file an account is an interlocutory decree from which no appeal lies to the Supreme Court.

Argued March 3, 1894. Appeal, No. 282, Jan. T., 1894, by Robert Palethorp, from decree of O. C. Phila. Co., April T., 1887, No. 259, citing executor to account in estate of John H. Palethorp, deceased. Before STERRETT, C. J., GREEN, MCCOLLUM, MITCHELL, DEAN and FELL, JJ. Appeal quashed.

Petition for citation to account.

*Error assigned* was decree citing executors to account.

Appellee moved the Supreme Court to quash the appeal on the ground that it was interlocutory.

· *Robert Palethorp*, for appellant.

*W. A. Manderson*, for appellee.

PER CURIAM, March 12, 1894:

This is a rule to show cause why the appeal taken in the above entitled case should not be quashed.   It appears that the appeal is from an order of the orphans' court directing appellant as surviving executor of John H. Palethorp, deceased, to file an account.   It cannot be doubted that the court had jurisdiction in the premises; nor can it be doubted that the order complained of is merely interlocutory.   It follows that the appeal is premature and should be quashed.

Rule absolute and appeal quashed.